UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS X. GALLAGHER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case No.  14-cv-01450-VC<br><br>**ORDER**<br><br>Re:  Docket No. 8 |

On April 1, 2014, the defendant filed a motion to dismiss.  The plaintiffs' response was due April 18, 2014, and a hearing is set for June 19, 2014 at 1:30 p.m.  As of the date of this Order, the Court has not received any response (or any other communication) from the plaintiffs. Accordingly, the plaintiffs are directed to file a response on or before **June 11, 2014**, and to appear at the hearing on **June 19, 2014 at 1:30 p.m.** in Courtroom 4 in San Francisco, or the case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 4, 2014

　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge