UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS X. GALLAGHER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 14-cv-01450-VC<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 8, 19, 20 |

The motion to dismiss (Docket No. 8) is denied in light of the concern discussed at the hearing on June 19, 2014, that the plaintiffs may not have been served at the correct address. The defendant is ordered to make all reasonable efforts to contact the plaintiffs by telephone or email to determine their current address. Assuming the defendant is unable to make contact with the plaintiffs, the defendant may serve its refiled motion to dismiss and related papers (Docket Nos. 23-25) on the plaintiffs at the Los Angeles address provided on the proof of service they completed with their complaint, instead of the address of the home that is the subject of the foreclosure.

The defendant shall also, within four days of the date of this order, serve this order on the plaintiffs at the Los Angeles address (or their current address if the defendant determines the plaintiffs live elsewhere), along with all documents filed in this case by either the defendant or the court. The defendant should include with these documents an easily understandable table of contents.

For the plaintiffs' benefit, the court directs their attention to the Handbook for Pro Se Litigants, which is available along with further information on the court's website at http://cand.uscourts.gov/proselitigants. The plaintiffs may also contact the Legal Help Center, Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. 415-782-898, for free legal assistance regarding their claims.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS X. GALLAGHER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Defendant. | Case No.  14-cv-01450-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 6/24/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francis X. Gallagher
6601 Center Drive West
5th Floor
Los Angeles, CA 90045

Helen F. Gallagher
6601 Center Drive West
5th Floor
Los Angeles, CA 90045

Dated: 6/24/2014

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

3