UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS X. GALLAGHER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Defendant. | Case No.  14-cv-01450-VC<br><br>**ORDER DISMISSING FOR FAILURE TO PROSECUTE** |

On April 1, 2014, defendants filed a motion to dismiss. Plaintiffs did not file a response with the Court, nor did they appear at the motion to dismiss hearing on June 19, 2014. On June 25, 2014, at the Court's suggestion, defendants refiled their motion to dismiss and served plaintiffs at a different address. As of the date of this Order, the Court has again not received any response (or any other communication) from Plaintiff. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this case is dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 31, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIS X. GALLAGHER, et al.,

    Plaintiffs,

  v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No.  14-cv-01450-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/31/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francis X. Gallagher
6601 Center Drive West
5th Floor
Los Angeles, CA 90045

Helen F. Gallagher
6601 Center Drive West
5th Floor
Los Angeles, CA 90045

Dated: 7/31/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2