United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS X. GALLAGHER, et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Defendant. | 14-cv-01450-VC<br><br>**JUDGMENT** |

　　　　The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

　　　　**IT IS SO ORDERED.**

Dated: July 31, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS X. GALLAGHER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  Defendant. | Case No.  14-cv-01450-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/31/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francis X. Gallagher
6601 Center Drive West
5th Floor
Los Angeles, CA 90045

Helen F. Gallagher
6601 Center Drive West
5th Floor
Los Angeles, CA 90045

Dated: 7/31/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2